NORA GRIBBIN, Appellant, *v.* LEON S. MYGATT, Respondent, et al., Defendants.

Submitted November 23, 1953; decided December 3, 1953.

*Charles I. Sterling* for motion.

*Nora Gribbin,* in person, for application and in opposition to motion.

Motion granted and appeal dismissed, with costs and $10 costs of motion, unless appellant serves and files the undertaking on appeal and pays $10 costs within ten days, in which events motion denied.

Application for an extension of time for argument of the appeal granted to the extent that the case is set down for argument at the February, 1954, session of the Court of Appeals.